

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-23-00336-CR

———————————————

SHAY DERRICK HUGHES, Appellant

V.

THE STATE OF TEXAS

On Appeal from the 43rd District Court
Parker County, Texas
Trial Court No. CR23-0122

Before Womack, Wallach, and Walker, JJ.
Memorandum Opinion by Justice Womack

## MEMORANDUM OPINION

After the attorney for Appellant Shay Derrick Hughes filed a motion to withdraw, we granted the motion, abated this appeal, and remanded the case for a hearing in the trial court to determine, among other things, whether Hughes wanted to proceed with this appeal. At the hearing, Hughes stated that he no longer wished to pursue his appeal. After we received the abatement hearing record, we reinstated this appeal.

Hughes has not moved to dismiss his appeal under Rule 42.2(a) of the Texas Rules of Appellate Procedure. *See* Tex. R. App. P. 42.2(a). However, he has stated on the record that he no longer wishes to pursue his appeal. Based on the record before us, we hold that good cause exists to suspend Rule 42.2(a) in this case, and we dismiss this appeal. *See* Tex. R. App. P. 2; *Kamara v. State*, No. 02-22-00238-CR, 2023 WL 6151725, at *1 (Tex. App.—Fort Worth Sept. 21, 2023, no pet.) (mem. op., not designated for publication) (suspending Rule 42.2(a) and dismissing appeal after appellant stated on the record that he no longer wished to pursue his appeal); *Detwiler v. State*, No. 02-18-00457-CR, 2019 WL 984179, at *1 (Tex. App.—Fort Worth Feb. 28, 2019, no pet.) (mem. op., not designated for publication) (similar).

/s/ Dana Womack

Dana Womack
Justice

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered:  April 11, 2024

3